O. G. LEIDIGH, APPELLEE, V. OTOE COUNTY, APPELLANT.

FILED APRIL 3, 1914. No. 17,709.

APPEAL from the district court for Otoe county: HARVEY D. TRAVIS, JUDGE.  *Affirmed.*

*W. F. Moran,* for appellant.

*Paul Jessen* and *Paul S. Topping, contra.*

BARNES, J.

The facts of this case are the same as those in the case of *Moran v. Otoe County, ante,* p. 658, and the questions of law are identical.

Following the judgment in that case, the judgment of the district court is

AFFIRMED.